834

No. 70–5071.   ROGERS *v.* ADAMS, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 70–5086.   ALLEN *v.* RHAY, PENITENTIARY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 70–5088.   KIRBY *v.* COX, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 70–5089.   SACCO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 70–5090.   ANGLIN *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 70–5094.   DWYER *v.* PERINI, CORRECTIONAL SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 70–5096.   SHER *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 70–5098.   SWEENEY *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 70–5099.   LONGORIA *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 70–5100.   GIBSON ET AL. *v.* RHAY, PENITENTIARY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 70–5103.   MILLER *v.* TWOMEY, WARDEN.   Sup. Ct. Ill.   Certiorari denied.

No. 70–5105.   MARQUEZ *v.* CONNECTICUT.   App. Div., Cir. Ct. Conn.   Certiorari denied.